OPINION — AG — A PERSON WHO IS ELECTED OR APPOINTED TO A PUBLIC OFFICE OF THE STATE, OR TO A PUBLIC OFFICE OF A COUNTY, CITY, OR TOWN, TOWNSHIP, OR SCHOOL DISTRICT WITHIN THIS STATE, AND WHO QUALIFIES FOR SAID OFFICE AND ENTERS UPON THE DUTIES OF SAME, WOULD NOT BE "ELIGIBLE TO CONTINUE TO HOLD A LICENSE ISSUED BY THE ALCOHOLIC BEVERAGE CONTROL BOARD." CITE: 37 O.S. 1961 511 [37-511](D), ARTICLE XXVII, SECTION 8 (BURCK BAILEY)